**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-6657

_____

JOHN POWHATAN KIRBY,

                                    Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director, Virginia Department
of Corrections,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, Magistrate
Judge.  (CA-04-579-7)

_____

Submitted:  July 14, 2005            Decided:  July 27, 2005

_____

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John Powhatan Kirby, Appellant Pro Se. John H. McLees, Jr., OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Powhatan Kirby, a Virginia prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Kirby has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Kirby's pending motion to strike testimony from the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -